AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tilley, Jr., Norwood C. | U.S. District Court, MDNC | 06/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

P. O. Box 3443, Room 303
324 West Market Street
Greensboro, N.C. 27402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Visitors | Wake Forest University School of Law |
| 2. | Director | Chief Justice Joseph Branch Inn (American Inns of Court) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | State retirement income from service as an administrator, Davidson County Community College, Land Rent (inherited) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3 IRAs (CDs) Wachovia Bank & Trust, Greensboro, NC | A | Interest | K | T | | | | | |
| 2. 2 IRAs First Citizens Bank & Trust, Greensboro, NC | A | Interest | K | T | | | | | |
| 3. 1 IRA (Mutual) MFS Capital Opportunities Fund, MFS Heritage | A | Interest | K | T | | | | | |
| 4. Savings Acct, First Citizens Bank & Trust, Greensboro, NC | A | Interest | K | T | | | | | |
| 5. Checking Acct, Truliant Federal Credit Union | A | Interest | J | T | | | | | |
| 6. Quest Acct, First Citizens Bank & Trust, Greensboro, NC | A | Interest | K | T | | | | | |
| 7. Bank of North Carolina | A | Dividend | J | T | | | | | |
| 8. Checking Acct, NewBridge Bank | A | Interest | J | T | | | | | |
| 9. State Employees Credit Union, Money Market | A | Interest | M | T | | | | | |
| 10. Bank of North Carolina | A | Interest | J | T | | | | | |
| 11. -1 IRA Putnam Fiduciary Trust Co | | None | | | | | | | |
| 12. -Putnam Growth & Income A | A | Dividend | | | Sold | 04/01/11 | J | A | |
| 13. -Putnam Multi-Cap Growth Fund A | A | Dividend | | | Sold | 04/01/11 | J | A | |
| 14. -Putnam International Equity A | A | Dividend | | | Sold | 04/01/11 | J | A | |
| 15. -Putnam Research Fund A | A | Dividend | | | Sold | 04/01/11 | J | A | |
| 16. -Cash | A | Interest | | | Closed | 04/01/11 | J | | |
| 17. GE Capital Corp Inter | A | Interest | | | Sold | 12/21/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Merrill Lynch #13736 | | | | | | | | | |
| 19. -BB&T Corp | A | Dividend | J | T | | | | | |
| 20. -Coca Cola Co | A | Dividend | K | T | | | | | |
| 21. -Comcast Corp CL A | A | Dividend | J | T | | | | | |
| 22. -Duke Energy Corp | A | Dividend | J | T | | | | | |
| 23. -Newbridge Bancorp | A | Dividend | K | T | | | | | |
| 24. -Progress Energy Inc. | A | Dividend | K | T | | | | | |
| 25. -Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 26. -Stryker Corp | A | Dividend | J | T | | | | | |
| 27. -Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 28. -Home Depot | A | Dividend | J | T | | | | | |
| 29. -Pepsico | A | Dividend | J | T | | | | | |
| 30. -American Funds High Income Trust | A | Dividend | J | T | | | | | |
| 31. - American Funds -Bond Fund of America CLA | A | Dividend | J | T | | | | | |
| 32. - American Funds-Capital Income Builder Fund CL A | A | Dividend | J | T | | | | | |
| 33. -American Funds -Capital World Growth & Income Fund Cl A | A | Dividend | J | T | | | | | |
| 34. - American Funds -Fundamental Investors Fund CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American Funds -Income Fund of America Fund CL A | A | Dividend | J | T | | | | | |
| 36. - American Funds -New Economy Fund CL A | A | Dividend | J | T | | | | | |
| 37. -Putnam Multi Cap Growth Fund Cl A | A | Dividend | | | Sold | 04/01/11 | J | A | |
| 38. - Bank of America | A | Dividend | J | T | Buy | 11/03/11 | J | | |
| 39. -Pfizer, Inc. | A | Dividend | J | T | Buy | 10/03/11 | J | | |
| 40. -Loomis Sayles Strategic Income Fund Class C | A | Dividend | K | T | Buy | 12/21/11 | K | | |
| 41. -Lord Abbett Short Duration Income Fund C | A | Dividend | K | T | Buy | 12/21/11 | K | | |
| 42. -Lexington Womens Investment Club | | | | | | | | | |
| 43. -Apple Inc | A | Dividend | J | T | | | | | |
| 44. -Abbott Laboratories | A | Dividend | J | T | | | | | |
| 45. -AFLAC Incorporated | A | Dividend | J | T | | | | | |
| 46. -Berkshire Hathaway Inc | A | Dividend | J | T | | | | | |
| 47. -Caterpillar, Inc | A | Dividend | J | T | | | | | |
| 48. -Cisco Systems, Inc | A | Dividend | | | Sold | 08/01/11 | J | A | |
| 49. -Chevron Corporation | A | Dividend | J | T | | | | | |
| 50. -Walt Disney Company | A | Dividend | J | T | | | | | |
| 51. -Duke Energy Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -General Electric Company | A | Dividend | J | T | | | | | |
| 53.  -Corning Incorporated | A | Dividend | J | T | | | | | |
| 54.  -Google Inc | A | Dividend | J | T | | | | | |
| 55.  -HCP, Inc | A | Dividend | J | T | | | | | |
| 56.  -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 57.  -Lowes Companies, Inc | A | Dividend | | | Sold | 07/05/11 | J | A | |
| 58.  -Allscripts-Misys Healthcare | A | Dividend | J | T | | | | | |
| 59.  -Medtronic, Inc | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 60.  -Monsanto Company | A | Dividend | | | Sold | 04/04/11 | J | A | |
| 61.  -Microsoft Corporation | A | Dividend | J | T | | | | | |
| 62.  -Pepsico, Inc | A | Dividend | J | T | | | | | |
| 63.  -Procter & Gamble Company | A | Dividend | J | T | | | | | |
| 64.  -Potash Corporation of Saskatche | A | Dividend | | | Sold | 01/31/11 | K | A | |
| 65.  -Royal Dutch Shell PLC Royal Dut | A | Dividend | J | T | | | | | |
| 66.  -Sprint Nextel Corporation Comm | A | Dividend | J | T | | | | | |
| 67.  -Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 68.  -Verizon Communications, Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wells Fargo & Company | A | Dividend | J | T | | | | | |
| 70. -MEMC Electronic Materials, Inc | A | Dividend | J | T | | | | | |
| 71. -Wal-Mart Stores, Inc | A | Dividend | J | T | | | | | |
| 72. -Wesco Financial Corporation | A | Dividend | | | Sold | 06/29/11 | J | A | |
| 73. -Aeropostale Inc | A | Dividend | J | T | | | | | |
| 74. -Targacept Inc | A | Dividend | J | T | | | | | |
| 75. -Google Inc | A | Dividend | J | T | | | | | |
| 76. -Targacept Inc | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 77. -Hatteras Finl Corp | A | Dividend | J | T | | | | | |
| 78. -Visa Inc. | A | Dividend | J | T | Buy | 02/28/11 | J | | |
| 79. -3M Co. | A | Dividend | J | T | Buy | 02/28/11 | J | | |
| 80. -Exelon Corp | A | Dividend | J | T | Buy | 02/28/11 | J | | |
| 81. -Sysco Corp | A | Dividend | J | T | Buy | 02/28/11 | J | | |
| 82. -Canon, Inc. | A | Dividend | J | T | Buy | 02/28/11 | J | | |
| 83. -Hatteras Financial Corp | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 84. -Google, Inc. | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 85. -Hatteras Financial Corp | A | Dividend | J | T | Buy | 07/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Verizon Commuications, Inc. | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 87. -Intell Corp | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 88. -PPG Industries Inc. | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 89. -Royal Dutch Shell Spons ADF A | A | Dividend | J | T | Buy | 09/20/11 | J | | |
| 90. | | | | | Sold (part) | 09/26/11 | J | | |
| 91. -Merrill Lynch ■ | | | | | | | | | |
| 92. -Lifepoints Moderate Strategy FD CL S | A | Dividend | J | T | Buy | 05/05/11 | J | | |
| 93. -Cash | A | Interest | J | T | | | | | |
| 94. -Merrill Lynch ■ | | | | | | | | | |
| 95. - American Fundamental Investors Inc. CL A | A | Dividend | J | T | Open | 04/18/11 | J | | |
| 96. American New Perspective FD CL A | A | Dividend | J | T | Open | 04/18/11 | J | | |
| 97. Cash | A | Interest | J | T | | | | | |
| 98. -Merrill Lynch ■ | | | | | | | | | |
| 99. -Harley Davidson Inc. WIS | A | Dividend | J | T | Open | 04/18/11 | J | | |
| 100. -Leggett & Platt Inc. PV1CT | A | Dividend | J | T | Open | 04/18/11 | J | | |
| 101. - Progress Energy Inc | A | Dividend | K | T | Open | 04/18/11 | K | | |
| 102. -Sysco Corporation | A | Dividend | K | T | Open | 04/18/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Cash | A | Interest | J | T | | | | | |
| 104. -Merrill Lynch ▮▮▮ | | | | | | | | | |
| 105. -Cash | A | Interest | J | T | | | | | |
| 106. -Cisco Systems Inc. Com | A | Dividend | J | T | Open | 03/18/11 | J | | |
| 107. -American Growth Fund Of America CL C | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 108. -American Growth Fund of America CL A | A | Dividend | K | T | Open | 04/18/11 | K | | |
| 109. -American Investment Co of America CL A | A | Dividend | J | T | Open | 04/18/11 | J | | |
| 110. -Blackrock Global Allocation FD INC C | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 111. -Columbia Acorn FD CL A | A | Dividend | K | T | Buy | 04/18/11 | K | | |
| 112. -Delaware Small Cap Core Fund CL C | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 113. -First Eagle Global Class C | A | Dividend | K | T | Buy | 04/18/11 | K | | |
| 114. -Franklin Income FD CL C | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 115. -Lord Abbett Short Duration Income Fund C | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 116. -MFS Emerging Markets Debt FD CL C | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 117. -Putman Equity Income Fund CL A | A | Dividend | J | T | Buy | 04/18/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Certain funds from the Edward D Jones Brokerage Accounts were transferred to Merrill Lynch Accounts; however, there were no transactions involved.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norwood C. Tilley, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544